UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
*ex rel.* MARIA FALZARANO,

    Plaintiff-Relator,

v.

KINGWOOD INTERNATIONAL
RESORT, LLC; KINGWOOD
ORLANDO REUNION RESORT,
LLC; APDC CLEANING SERVICES,
LLC; FARBOD ZOHOURI; RICHARD
NASSER; ANTHONY CARLL; and
FIDEL HERNANDEZ,

    Defendants.
_____/

**FILED UNDER SEAL**

Case No. 6:20-cv-976-Orl-37EJK



## UNITED STATES OF AMERICA'S NOTICE OF ELECTION TO INTERVENE IN PART FOR PURPOSES OF SETTLEMENT AND TO DECLINE TO INTERVENE IN PART

The United States of America respectfully notifies the Court that it hereby intervenes, in part, for the purposes of settlement pursuant to 31 U.S.C. § 3730(b)(2) and (4) of the False Claims Act, and declines to intervene in part of this action, as set forth herein.

1. Relator filed this *qui tam* action under the False Claims Act, 31 U.S.C. §§ 3729 – 3733 on June 20, 2020.



2. The United States has sought several extensions of the investigative period to conduct its investigation and make a determination as to intervening in this matter.

3. The United States has reached an amicable resolution of this matter with Kingwood Orlando Reunion Resort, LLC, one of the defendants that allegedly submitted or caused to be submitted the claims identified in the Relators' complaint. The United States; Kingwood Orlando Reunion Resort, LLC; non-defendant Kingwood Crystal River Resort, Corp.; and Relator are in the process of executing a settlement agreement. The United States intervenes in the action as to defendant Kingwood Orlando Reunion Resort, LLC.

4. The United States declines to intervene as to all other Defendants.

5. Per the terms of the settlement agreement, the United States and Relator anticipate filing a Joint Stipulation of Dismissal after receipt of the settlement payment.

6. The United States requests that the Relator's Complaint, the Court's Orders, this Notice, and all subsequent filings in this action be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

                                  Respectfully Submitted,

                                  BRIAN M. BOYNTON
                                Principal Deputy Assistant Attorney General
                                Civil Division

                                ROGER B. HANDBERG
                                United States Attorney

By: _____
      JEREMY R. BLOOR
      Assistant U.S. Attorney
      Florida Bar No. 0071497
      U.S. Attorney's Office
      400 West Washington St., Suite 3100
      Orlando, FL 32801
      Tele. (407) 648-7500
      Fax (407) 648-7588
      Jeremy.Bloor@usdoj.gov

      JAMIE A. YAVELBERG
      ALLISON CENDALI
      JARED S. WIESNER
      Attorneys, Civil Division
      U.S. Department of Justice
      175 N Street, NE, 9th Floor
      Washington, D.C. 20002
      Tel.: (202) 353-1274
      jared.s.wiesner2@usdoj.gov

## CERTIFICATE OF NO SERVICE

I HEREBY CERTIFY that on March 14, 2023, a true and correct copy of the foregoing notice was sent by United States mail to the following:

James D. Young
Juan Martinez
MORGAN & MORGAN
76 S. Laura St. Ste. 1100
Jacksonville, FL 32202

_____
Jeremy R. Bloor
Assistant United States Attorney

4