UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
*ex rel.* MARIA FALZARANO,

    Plaintiff-Relator,

v.

KINGWOOD INTERNATIONAL
RESORT, LLC; KINGWOOD
ORLANDO REUNION RESORT,
LLC; APDC CLEANING SERVICES,
LLC; FARBOD ZOHOURI; RICHARD
NASSER; ANTHONY CARLL; and
FIDEL HERNANDEZ,

    Defendants.
_____/

**FILED UNDER SEAL**

Case No. 6:20-cv-976-Orl-37EJK

## ORDER

THIS CAUSE came before the Court on the United States' Notice of Election to Intervene In Part for Purposes of Settlement and to Decline to Intervene In Part under the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4). The Court has considered the record and is otherwise fully advised in the premises:

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The seal shall be lifted upon the Relator's Complaint, the Court's Orders, the United States' Notice of Election to Intervene for Purposes of Settlement, this Order, and any subsequent filings in this action. All other contents of the Court's file in this action shall remain under seal and not be made public.

S-27

2. The seal shall be lifted on all other matters occurring in this action after the date of this Order.

**DONE and ORDERED** in Chambers in ORLANDO, Florida, this 15 day of MARCH, 2023.

Roy B. Dalton, Jr.
United States District Judge

Copies furnished to:
Counsel of record

2